IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN LOMBARDOZZI**, | : | CIVIL ACTION NO. 1:06-CV-1188 |
| | : | |
| Appellant | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **CHARLES A. BIERBACH**, et al., | : | |
| | : | |
| Appellees | : | |

## ORDER

AND NOW, this 6th day of July, 2006, upon consideration of appellee's motion (Doc. 9) to stay this appeal from an order of the U.S. Bankruptcy Court for the Middle District of Pennsylvania, averring that a motion for reconsideration is currently pending before the bankruptcy court, and it appearing that proceedings are stayed in an identical case currently pending before this court, see Lombardozzi v. Bierbach, No. 1:06-CV-1152 (M.D. Pa., June 8, 2006), it is hereby ORDERED that:

1. The motion (Doc. 9) to stay this appeal is GRANTED.

2. Proceedings in the above-captioned action are STAYED pending disposition of the motion for reconsideration currently before the bankruptcy court.

3. Counsel for appellee shall file periodic status reports regarding the status of the motion for reconsideration. The first such report shall be due on or before August 1, 2006, and subsequent reports shall be due on or before the first day of every month thereafter.

   /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge