# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN LOMBARDOZZI,** | : | CIVIL ACTION NO. 1:06-CV-1188 |
| Appellant | : | (Judge Conner) |
| v. | : | |
| **CHARLES A. BIERBACH**, et al., | : | |
| Appellees | : | |

## ORDER

AND NOW, this 5th day of September, 2006, upon consideration of appellant's motion for reconsideration (Doc. 11), filed on July 13, 2006, requesting that the court vacate its order (Doc. 10) granting appellee's motion to stay these proceedings, and it appearing that as of the date of this order appellee has not filed a brief in opposition to the motion, see L.R. 7.6 ("Any party opposing any motion shall file a responsive brief . . . within fifteen (15) days after service of the movant's brief . . . . [or] shall be deemed not to oppose such motion."), it is hereby ORDERED that appellee shall file a brief in opposition to appellant's motion for reconsideration (Doc. 11) on or before September 8.  Failure to comply with this order may result in the granting of the motion.


          S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge