# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN LOMBARDOZZI**, | : | CIVIL ACTION NO. 1:06-CV-1188 |
| Appellant | : | (Judge Conner) |
| v. | : | |
| **CHARLES A. BIERBACH**, et al., | : | |
| Appellees | : | |

## ORDER

AND NOW, this 7th day of September, 2006, upon consideration of the parties' joint status reports (Docs. 15, 17) and the order of court dated September 5, 2006 (Doc. 16) directing appellee to file a brief in opposition to appellant's motion for reconsideration (Doc. 11), and, following a telephone conference with the parties, it appearing that the parties are in agreement to a continued stay in this matter, it is hereby ORDERED that:

1. The order of court dated September 5, 2006 (Doc. 16) is VACATED.

2. All proceedings in the above-captioned case are held in ABEYANCE.

3. The parties shall file a joint status report on or before October 2, 2006.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge